[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 27, 2006
THOMAS  K. KAHN
CLERK

No.  05-15417
Non-Argument Calendar

D. C. Docket No. 04-00838-CV-JEC1

TIFFANY WILLIAMS,
a minor by her next friend,
PRISCILLA S. WILLIAMS,

Plaintiffs-Appellants,

versus

STACY REED,
MARY JENKINS,
AWALDI ELLIOT,
MONTAQUE JACKSON,
MARION JACKSON, et al.,

Defendants-Appellees,

MARY ANN JACKSON,
JAMES JACKSON,

Defendants.

Appeal from the United States District Court
for the Northern District of Georgia

**(January 27, 2006)**

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

In an order entered on August 30, 2005, the district court granted summary judgment in favor of appellees Marion Jackson and John Hammonds and dismissed Appellant's claim against Montaque Jackson because Appellant had abandoned her claim against him. Appellant now challenges those rulings.

The district court's August 30 order constitutes a proper application of the controlling law to the material facts in this case. We therefore affirm the court's judgment.

AFFIRMED.